UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISHA HAAK, by and through his Guardian Ad Litem, Melody Haak; MELODY HAAK,<br><br>Plaintiffs,<br><br>v.<br><br>CEDAR FAIR, LP, doing business as Knott's Soak City USA; RAUL REHNBORG; DOES 1 through 10, Inclusive,<br><br>Defendants. | Civil No.   07-cv-1974-LAB (POR)<br><br>**ORDER SCHEDULING RULE 26 DATES AND CASE MANAGEMENT CONFERENCE** |

The Court held an Early Neutral Evaluation conference in this case on January 28, 2008. Plaintiffs Melody and Elisha Haak appeared with counsel, Amy Vandeveld. John Marino appeared as counsel for Defendants, with Raul Rehnborg appearing on behalf of himself as well as representative of Defendant Cedar Fair. After consulting with counsel and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

1. The Rule 26(f) conference shall be completed on or before **February 22, 2008**.

2. A Discovery Plan shall be lodged with the chambers of the Honorable Louisa S. Porter on or before **March 7, 2008**. The Discovery Plan may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

3. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **March 14, 2008**.

4. A Case Management Conference shall be held on **March 19, 2008** at **9:30 a.m.** That conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Defendants shall

arrange and initiate the conference call.

5. Plaintiff's counsel shall serve a copy of this order on any parties that enter this case hereafter.

6. Failure of any counsel or party to comply with this order may result in sanctions.

DATED: January 29, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Larry Alan Burns

all parties