

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISHA HAAK, by and through his Guardian Ad Litem, MELODY HAAK, <br><br> Plaintiff, <br><br> v. <br><br> CEDAR FAIR, LP, <br><br> Defendant. | Civil No.07cv1974 AJB (POR) <br><br> SPECIAL VERDICT FORM |

We, the jury in the above-entitled action, find the following Special Verdict on the questions submitted to us:

1. Is plaintiff disabled within the meaning of the Americans with Disabilities Act?

    __X__ Yes  _____ No

If your answer to question 1 is yes, then answer the next question. If your answer is no, then sign and return this verdict.

///

///

2. Did defendant discriminate against plaintiff in violation of the Americans with Disabilities Act?

_____ Yes ___X___ No

If your answer to question 2 is yes, then answer the next question. If your answer is no, then sign and return this verdict.

3. Did defendant discriminate against plaintiff in violation of the Unruh Civil Rights Act?

_____ Yes _____ No

Please answer the next question.

4. Did plaintiff suffer actual damages as a result of the conduct of defendant?

_____ Yes _____ No

Please answer the next question.

5. What are plaintiff's actual damages?

Actual Damages:     $ _____

Please answer the next question.

///
///
///

1  6.  What amount, if any, do you award as additional damages against the defendant? (Under
2 the Unruh Civil Rights Act, this amount is a maximum of three times the amount of damages in question
3 5, but in no case less than $4,000.00).

Additional Damages  $ _____

Signed: _____
Presiding Juror

Dated: _04-16-2012_

After the verdict form has been signed and dated, please deliver it to the bailiff.